**UNITED STATES DISTRICT COURT**

DISTRICT OF ALASKA

CLERK OF COURT

FEDERAL BUILDING, U.S. COURTHOUSE

222 W. 7TH AVENUE, #4

ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300





quadient

FIRST-CLASS MAIL
IMI

$000.74°
05/15/2026 ZIP 9951
043M31245980

RECEIVED

MAY 28 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Chacobrian Harris

1025 E. 35th Ave.

Anchorage, AK 99508

RTS

NIXIE 995 FE 1 0005/27/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 99513750004 *1995-06988-15-42

Case 3:26-cv-00047-SLG-KFR   Document 16   Filed 05/28/26   Page 1 of 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

CHACOBRIAN HARRIS,

              Plaintiff,

    v.

EQUIFAX INFORMATION
SERVICES, LLC ,

              Defendant.

Case No. 3:26-cv-00047-SLG-KFR

## ORDER RE INITIAL SCHEDULING & PLANNING CONFERENCE REPORT

Pursuant to Rules 16(a) and 26(f), Federal Rules of Civil Procedure, and Local Civil Rules 16.1 and 26.1(b), counsel for all parties that have appeared in this action and self-represented litigants must confer within 14 days from service of this order for purposes of jointly completing a Scheduling and Planning Conference Report. The report must conform to the Court's form, which is available online in Microsoft Word format on the Court's public website: https://www.akd.uscourts.gov. (At the website, choose the "Forms" tab, select "Local Forms," and scroll down to "Civil Form 26(f) (All Judges)".)

Because the plaintiff is self-represented, counsel for the defendant shall serve and file the parties' report with the Court within 21 days from service of this order.

In the event the parties to this case are already actively engaged in settlement negotiations, counsel for the defendant shall so advise the Court within

7 days following the entry of this order and shall specify the date by which the parties expect to conclude their settlement negotiations.

DATED this 14th day of May, 2026 at Anchorage, Alaska.

*/s/ Kyle F. Reardon*
UNITED STATES MAGISTRATE JUDGE

Case No. Click or tap here to enter text., Click or tap here to enter text.*v.* Click or tap here to enter text.
Order Re Initial Scheduling & Planning Conference Report
Page 2 of 2

Case 3:26-cv-00047-SLG-KFR    Document 16    Filed 05/28/26    Page 3 of 4
Case 3:26-cv-00047-SLG-KFR    Document 12    Filed 05/14/26    Page 2 of 2

## Other Orders/Judgments

<u>3:26-cv-00047-SLG-KFR Harris v. Equifax Information Services, LLC</u>

### U.S. District Court

### United States District Court for the District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 5/14/2026 at 11:30 AM ADT and filed on 5/14/2026
**Case Name:**          Harris v. Equifax Information Services, LLC
**Case Number:**        <u>3:26-cv-00047-SLG-KFR</u>
**Filer:**
**Document Number:** <u>12</u>

**Docket Text:**
**ORDER RE INITIAL SCHEDULING & PLANNING CONFERENCE REPORT: Counsel for defendant shall serve and file the Rule 26 Meeting Report within 21 days of service of this order. Signed by Judge Kyle F. Reardon on 5/14/26. (BJK, COURT STAFF)**

**3:26-cv-00047-SLG-KFR Notice has been electronically mailed to:**

Wendy Mengwen Feng       wfeng@seyfarth.com, equifaxdocketing@seyfarth.com, khall@seyfarth.com, kmclemore@seyfarth.com, lratliff@seyfarth.com, mrstokes@seyfarth.com, nlee@seyfarth.com, risingh@seyfarth.com, troethke@seyfarth.com

**3:26-cv-00047-SLG-KFR Notice has been delivered by other means to:**

Chacobrian Harris
1025 E. 35th Ave.
Anchorage, AK 99508

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=5/14/2026] [FileNumber=2832057-0
] [5e955df45ff3493d767d2c0296e781566dafbefcaa8ac9e3d51edd1972833bf36b8
c6fee1ef7c271e8452ea2cfb596840eb6af915cafbb39edcb329c819d7232]]