DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

4 MAY 2026 PM

quadient
FIRST-CLASS MAIL
IMI
$000.74
ZIP 99513

RECEIVED

MAY 26 2026
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Chacobrian Harris
1025 E. 35th Ave.
Anchorage, AK 99508

NIXIE 995 FE 1 0005/11/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

| From: | cmecfmail@akd.uscourts.gov |
|---|---|
| Sent: | Friday, May 1, 2026 9:52 AM |
| To: | AKDdb_CMECF Mail |
| Subject: | Activity in Case 3:26-cv-00047-SLG-KFR Harris v. Equifax Information Services, LLC Order on Motion for Extension of Time to Answer |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**United States District Court for the District of Alaska**

**Notice of Electronic Filing**

The following transaction was entered on 5/1/2026 at 9:52 AM ADT and filed on 5/1/2026

**Case Name:** Harris v. Equifax Information Services, LLC

**Case Number:** 3:26-cv-00047-SLG-KFR

**Filer:**

**Document Number:** 10(No document attached)

**Docket Text:**
**KFR TEXT ORDER: Defendant Equifax Information Services, LLC's Unopposed Request for Extension of Time [9] is HEREBY GRANTED. Defendant Equifax Information Services LLC shall have up to and including May 14, 2026, to respond to Plaintiff's Complaint. (ELH, CHAMBERS STAFF)**

**3:26-cv-00047-SLG-KFR Notice has been electronically mailed to:**

Wendy Mengwen Feng    wfeng@seyfarth.com, equifaxdocketing@seyfarth.com, nlee@seyfarth.com, s-equifaxadmins@seyfarth.com

**3:26-cv-00047-SLG-KFR Notice has been delivered by other means to:**

Chacobrian Harris
1025 E. 35th Ave.
Anchorage, AK 99508