**UNITED STATES DISTRICT COURT**

DISTRICT OF ALASKA

CLERK OF COURT

FEDERAL BUILDING, U.S. COURTHOUSE

222 W. 7TH AVENUE, #4

ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



quadient

FIRST-CLASS MAIL
IMI
$000.74 ⁰
05/29/2026 ZIP 99513
043M31245980

US POSTAGE

RECEIVED

JUN 08 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Chacobrian Harris

1025 E. 35th Ave.

Anchorage, AK 99508

NIXIE 995 FE 1 0006/07/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 99513750404 *1895-09186-29-43

# Other Events

<u>3:26-cv-00047-SLG-KFR Harris v. Equifax Information Services, LLC</u>

## U.S. District Court

## United States District Court for the District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 5/28/2026 at 3:38 PM ADT and filed on 5/28/2026

**Case Name:** Harris v. Equifax Information Services, LLC

**Case Number:** <u>3:26-cv-00047-SLG-KFR</u>

**Filer:**

**Document Number:** 15(No document attached)

**Docket Text:**
**CLERK'S NOTICE re [14] Application to Appear Pro Hac Vice. The Application to Appear Pro Hac Vice by Ritika Singh, at docket [14], is authorized under L.Civ.R. 83.1(d). (JDS, COURT STAFF)**

**3:26-cv-00047-SLG-KFR Notice has been electronically mailed to:**

Ritika Singh     risingh@seyfarth.com

Wendy Mengwen Feng     wfeng@seyfarth.com, equifaxdocketing@seyfarth.com, khall@seyfarth.com, kmclemore@seyfarth.com, lratliff@seyfarth.com, mrstokes@seyfarth.com, nlee@seyfarth.com, risingh@seyfarth.com, troethke@seyfarth.com

**3:26-cv-00047-SLG-KFR Notice has been delivered by other means to:**

Chacobrian Harris
1025 E. 35th Ave.
Anchorage, AK 99508