# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

CHACOBRIAN HARRIS )
      Plaintiff, )
       )
v. )  Case No.
       )    **26-cv-00047-SLG-KFR**
EQUIFAX INFORMATION SERVICES, )
LLC )
      Defendants. )
       )

---

## PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

---

Plaintiff Chacobrian Harris, proceeding pro se, respectfully notifies the Court and Defendant of the following change of address:

Plaintiff's previous address: 1025 E. 35th Ave., Anchorage, AK 99508.
Plaintiff's new address: 4573 Charleston Villa Dr., Baton Rouge, LA 70817.

All future notices, orders, pleadings, and other correspondence in this case should be sent to Plaintiff at the new address listed above.

This notice is filed pursuant to the Standing Order for Cases Filed by Self-Represented Litigants and the Minute Order from Chambers dated March 19, 2026.

Respectfully submitted,

Dated: March 31, 2026

/s/ Chacobrian Harris
Chacobrian Harris
Pro Se Plaintiff

1

4573 Charleston Villa Dr.
Baton Rouge, LA 70817

2